IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Ethan Shebesh,

Plaintiff(s),

v.

Geneanet, S.A.,

Defendant(s).

Case No. 23-cv-4195
Judge Jeffrey I Cummings

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Accordingly, this matter is dismissed for lack of personal jurisdiction. Civil case terminated.

This action was *(check one)*:

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Jeffrey I Cummings.

Date: 7/12/2024

Thomas G. Bruton, Clerk of Court

Kerwin Posley, Deputy Clerk